# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1-11-mj-174
4903 17th Avenue, Chattanooga, Tennessee 37407 )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____Eastern_____ District of _____Tennessee_____ *(identify the person or describe property to be searched and give its location):* 4903 17th Avenue, Chattanooga, TN 37407. The property is located from the intersection of Rossville Blvd and East 46th Street in Chattanooga, go East .4 miles to General Thomas Blvd, right trun, travel .2 miles to 17th Ave, it is the first house on the right, and 4903 is marked on the mailbox. Described in affidavit and photo attached.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* firearms, ammunition, and documents related to the purchase and sale of firearms and ammunition. More specifically described in the affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___18___ U.S.C. § ___922(g)(1)___, and the application is based on these facts: see attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Paris Gillette, ATF SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/01/2011__

_____
*Judge's signature*

City and state: Chattanooga, Tennessee         William B. Mitchell Carter, U.S. Magistrate Judge
*Printed name and title*